CATHARINE CROWTHER, Respondent, *v.* THE CITY OF YONKERS, Appellant.

(Argued April 13, 1892; decided May 3, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 10, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Joseph F. Daly* for appellant.

*James M. Hunt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM D. MACKEY et al., Appellants, *v.* BENJAMIN RAUSCH et al., as Executors, etc., Respondents.

(Argued April 13, 1892; decided May 3, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 12, 1891, which affirmed a judgment in favor of defendants, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Charles Bulkley Hubbell* for appellants.

*Benjamin Rausch* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.